# Court of Appeals
# of the State of Georgia

ATLANTA,  July 12, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0992.   CATHY BUSBEE v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR et al.**

After the Department of Labor issued a decision regarding Cathy Busbee's unemployment benefits claim, Busbee filed a petition for judicial review in superior court. The superior court dismissed the petition, and Busbee filed this direct appeal from that judgment. We lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . state . . . administrative agencies . . . by petition for review" must be made by filing an application for discretionary appeal. See *State of Ga. v. Intl. Keystone Knights of the Ku Klux Klan*, 299 Ga. 392, 408 (5) (788 SE2d 455) (2016). An application is required even if the superior court dismisses the appeal. See *Hardwick v. Barnes*, 193 Ga. App. 127 (386 SE2d 927) (1989). Because Busbee failed to comply with the discretionary appeal procedure, we lack jurisdiction. Accordingly, this appeal is hereby DISMISSED. Given that this Court has on its own determined that it lacks jurisdiction, the appellee's motion to dismiss is hereby DISMISSED as moot.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __07/12/2023_____

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*